# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 18, 2015, the cause upon appeal to revise or reverse your judgment between

In the Interest of B.J.M. and H.J.M., Children, Appellant

V.

No. 04-14-00300-CV and Tr. Ct. No. 29724

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Nichole Martin recover her costs of this appeal from Ariel Mejia.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 27, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00300-CV

## In the Interest of B.J.M. and H.J.M., Children

## v.

(NO. 29724 IN 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JANIS F LONDON |
| MOTION FEE | $10.00 | E-PAID | CHARLES SIERRA |
| REPORTER'S RECORD | $3,000.00 | PAID | JAN LONDON |
| MOTION FEE | $10.00 | E-PAID | JANIS LONDON |
| CLERK'S RECORD | $30.00 | PAID | JAN LONDON |
| REPORTER'S RECORD | $0.00 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | JANIS LONSON |
| REPORTER'S RECORD | $0.00 | UNKNOWN | |
| CLERK'S RECORD | $176.00 | PAID | JAN LONDON |
| INDIGENT | $25.00 | E-PAID | JANIS LONSON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JANIS LONSON |
| FILING | $100.00 | E-PAID | JANIS LONSON |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JANIS LONSON |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 27, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853